**FILED**

Feb 28 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ kristenb     DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 13-CR-4125-BEN |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER:** |
| ANA LAURA ZUNIGA, | ) 1) DISMISSING CASE; |
| | ) 2) BOND EXONERATION; |
| Defendant. | ) 3) JUDGMENT OF DISMISSAL |

Upon motion of the United States and good cause appearing thereof,

IT IS HEREBY ORDERED the Information in the above referenced case be dismissed without prejudice.

IT IS FURTHER ORDERED that the bond securing the attendance of defendant Ana Laura Zuniga is exonerated.

DATED:   February _28___, 2014.

_____
HONORABLE ROGER T. BENITEZ
United States District Judge